```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

DANIEL M. FERGUSON                                              PLAINTIFF

        v.                    Civil No. 10-5142

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                  DEFENDANT

**ORDER**

Now on this 16th day of March, 2011, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #9), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #9) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Remand (document #8) is **granted** and this case is remanded to the Commissioner for further administrative action pursuant to "sentence four" of section 405(g).

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE